AO 104 (02/09) Tracking Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED ____ ENTERED
____ LODGED ____ RECEIVED

FEB 1 1 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Tracking of )
*(Identify the person, property, or object to be tracked)* )
)
Cellular telephone bearing call number 443-204-3257 )   Case No. 13-1872-SAG
)
)
)

## TRACKING WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government shows there is reason to believe that the person, property, or object described above has been involved in and likely will continue to be involved in the criminal activity identified in the application, and ☐ is located in this district;   ☐ is not now located in this district, but will be at execution;   ☐ the activity in this district relates to domestic or international terrorism;   ☑ other:
Warrant requires a provider of electronic communication service to disclose a record or other information described in Attachment B pertaining to telephone described in Attachment A

I find that the affidavit(s), and any recorded testimony, establish probable cause to believe that
*(check the appropriate box)*     ☑ using the object     ☐ installing and using a tracking device
to monitor the location of the person, property, or object will satisfy the purpose set out in Fed. R. Crim. P. 41(c) for issuing a warrant.

☐ I find entry into the following vehicle or onto the following private property to be necessary without approval or knowledge of the owner, custodian, or user of the vehicle or property for installing, maintaining, and removing the tracking device:

**YOU ARE COMMANDED** to execute this warrant and begin using the object or installing the tracking device within ten days from the date of this order and may continue use for 45 days. The tracking may occur within this district or another district. To install, maintain, or remove the device, you may enter *(check boxes as appropriate)*
☐ into the vehicle described above     ☐ onto the private property described above
☐ in the daytime only *(i.e., 6:00 a.m. to 10:00 p.m.).*   ☑ at any time of day or night because good cause has been established.

Within 10 calendar days after the use of the tracking device has ended, the officer executing this warrant must both return it to United States Magistrate Judge *(name)* (who issued the warrant)_____ and — unless delayed notice is authorized below — serve a copy of the warrant on the person who, or whose property or object, was tracked.

☑ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property or object, will be tracked *(check the appropriate box)*     ☑ for  30  days *(not to exceed 30)*
☐ until, the facts justifying, the later specific date of _____

Date and time issued: 09/20/2013 ~~00:00 am~~ 2:39 pm

_____
Judge's signature

City and state:  Baltimore, MD         Timothy J. Sullivan, U.S. Magistrate Judge
_____
*Printed name and title*

AO 104 (02/09)  Tracking Warrant (Page 2)

Case No.

### Return of Tracking Warrant With Installation

1. Date and time tracking device installed:      9-22-13 — 9:00 AM

2. Dates and times tracking device maintained:

3. Date and time tracking device removed:     10-25-13 — 7:00 PM

4. The tracking device was used from *(date and time)*:   9-22-13 — 9:00 A-M

   to *(date and time)*:     10-25-13   7:00 PM.

### Return of Tracking Warrant Without Installation

1. Date warrant executed:

2. The tracking information was obtained from *(date and time)*:

   to *(date and time)*:

### Certification

I declare under the penalty of perjury that this return is correct and was returned along with the original warrant to the designated judge.

Date: 2/10/14

*Executing officer's signature*

THOMAS D. MARTIN, S/A
*Printed name and title*